# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Anita M. Jacobs,                                                          Civ. No. 08-431 (JMR/JJK)

          Plaintiff,

v.

Michael J. Astrue, Commissioner                                **ORDER**
of Social Security,

          Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 20, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Petition for Attorney's Fees (Doc. No. 35) is **GRANTED**; and

2. The Government is ordered to pay Plaintiff $7,128.00 in fees and expenses.


Dated:  April 6, 2009                                              s/James M. Rosenbaum
                                                                  JAMES M. ROSENBAUM
                                                                  United States District Judge